

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Matthew P. Cueter
77 Water Street, Suite 2100
New York, New York 10005
Matthew.cueter@lewisbrisbois.com
Direct: 212.232.1378

May 3, 2018

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   Tosh Henderson v. Orda Management Corporation, 225 Fourth LLC, Facebook, Inc.
      and JRM Construction Management, LLC
      Our File No.         : 32386.1574

Dear Honorable Nathan,

    I write to you respectfully requesting to withdraw the affirmations in opposition to remand filed on March 6, 2018 and April 5, 2018.  Facebook, Inc. consents to remand.  As all parties consent to remand (based on plaintiff's submissions, co-defendant's submissions and this letter) it is respectfully requested that this matter be remanded to State Court.

Very truly yours,

Matthew P. Cueter (MC-0187) of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC:

Lipsig, Shapey, Manus & Moverman, P.C.
40 Fulton Street, 25th Floor
New York, NY 10038

Barry, McTiernan & Moore, LLC
2 Rector Street, 14th Floor
New York, NY 10006

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4838-9109-1045.1