UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tosh Henderson,

        Plaintiff,

—v—

Orda Management Corporation, et al.,

        Defendants.

18-cv-100 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the May 3, 2018 letter stating that all parties consent to remand, *see* Dkt. No. 20, the Court grants the request of Plaintiff, *see* Dkt. No. 11, and Defendants JRM Construction Managers, Orda Management Corporation, and 225 Fourth LLC, *see* Dkt. No. 13, to remand. The Clerk of the Court is directed to remand the case to the New York State Supreme Court, New York County.

SO ORDERED.

Dated: May 4, 2018
      New York, New York

_____
ALISON J. NATHAN
United States District Judge